SPENCE and another, Appellants, vs. FRANTZ and others, Respondents.

For the appellants: *Lenicheck, Boesel & Wickhem* of Milwaukee.

For the respondents other than respondents Aldrich: *Bernard V. Brady* of Milwaukee.

For the respondents Aldrich: *Kaumheimer & Kaumheimer* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 4, 1929.

YOUNG, Respondent, vs. JUNEAU COUNTY, Appellant.

For the appellant: *Clinton G. Price* of Mauston, district attorney, and *J. T. Dithmar* of Elroy, special counsel.

For the respondent: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

*By the Court.*—Order affirmed.

BARRY, Respondent, vs. BAKER and another, Appellants.

For the appellants: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Cadigan & Cadigan* of Superior.

*By the Court.*—Order affirmed.